UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO.: 3:10-cv-00304-TJC-MCR

AAYANA McCREARY, et al.

    Plaintiffs,

vs.

COMMUNITY PARTNERSHIP FOR CHILDREN, INC.,

    Defendant.
_____/

## SETTLEMENT AGREEMENT - NATALIE GADDIS

The parties and their respective counsel hereby stipulate and agree that the matters arising out of the above claim, including any subrogation claims, are hereby resolved as specified below as follows:

Upon approval by the Court of this Settlement Agreement and within ten (10) days thereof, Defendant Community Partnership for Children shall pay to Plaintiff NATALIE GADDIS, through a check payable to Plaintiff and sent to her counsel, the sum of Five Hundred Dollars and No Cents ($500.00), which shall be payable as W-2 wages (i.e., from which standard wage-related deductions will be made prior to payment).

This Settlement Agreement resolves any and all claims for unpaid wages and liquidated damages made by Plaintiff NATALIE GADDIS in this matter under the Fair Labor Standards Act (FLSA). This Settlement Agreement does not resolve any claim for attorneys fees or costs arising from NATALIE GADDIS's FLSA claims. Such claims for attorneys fees and costs will be resolved separately by agreement between the parties or, in the absence of such agreement, presented to the Court for disposition.

By her signature below, upon approval by the Court of this Settlement Agreement, Plaintiff NATALIE GADDIS authorizes her attorneys to file a Joint Stipulation for Dismissal with Prejudice of her claims under the Fair Labor Standards Act.

_____  Date: 4/17/11
NATALIE GADDIS

COMMUNITY PARTNERSHIP FOR CHILDREN, INC.

By: _____
    Mark Jones
As: Chief Executive Officer    Date: 4/25/11

#761369 v1

**EXHIBIT A**