UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

Aayana McCreary , et al.,

        Plaintiffs,

vs.                                             Case No.  3:10-cv-304-J-32MCR

Community Partnership for Children, Inc.,

        Defendant.
_____/

## REPORT AND RECOMMENDATION[1]

**THIS CAUSE** is before the Court on the parties' Joint Motion for Approval of Settlements (Doc. 45) filed March 22, 2011, and supplements thereto (Docs. 47, 49, 55, 57).  This case was brought under the Fair Labor Standards Act ("FLSA") 29 U.S.C. § 201, *et. seq.*  The parties have reached a settlement agreement and seek court approval of that agreement.  In Lynn's Food Stores, Inc. v. United States, 679 F.2d 1350, 1352-1355 (11th Cir. 1982), the Eleventh Circuit explained that claims for back wages under the FLSA may only be settled or compromised when the Department of Labor supervises the payment of back wages or when the district court enters a stipulated judgment "after scrutinizing the settlement for fairness."

---

[1] Any party may file and serve specific, written objections hereto within FOURTEEN (14) DAYS after service of this Report and Recommendation.  Failure to do so shall bar the party from a de novo determination by a district judge of an issue covered herein and from attacking factual findings on appeal.  See 28 U.S.C. § 636(b)(1); Rule 72(b), Fed.R.Civ.P.; and Local Rule 6.02(a), United States District Court for the Middle District of Florida.

-1-

Having reviewed the settlement agreements, the Court finds that it is a fair and reasonable compromise of a bona fide dispute between parties represented by competent counsel.  See id. at 1354-55.  The Court further finds that the agreed-upon fee and costs to be paid to Plaintiffs' counsel was determined independently, did not affect the payment to Plaintiffs, and otherwise appears to be reasonable.  See Bonetti v. Embarq Mgmt. Co., 715 F.Supp.2d 1222, 1228 (M.D. Fla. 2009).  Therefore, the Court need not separately consider the reasonableness of the fee to be paid to Plaintiffs' counsel.

Accordingly, after due consideration, it is

**RECOMMENDED:**

The parties' Joint Motion for Approval of Settlements (Doc. 45) should be **GRANTED** and the settlement agreements should be **APPROVED** by the District Court. It is further respectfully recommended the case should be **DISMISSED** with prejudice pursuant to the agreement of the Parties and the Clerk should be directed to close the file.

**DONE AND ENTERED** in Chambers in Jacksonville, Florida this  5th  day of May, 2011.

*Monte C. Richardson*
MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copies to:

The Honorable Timothy J. Corrigan
    United States District Judge

Counsel of Record