**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

AAYANA MCCREARY, et al.,

        Plaintiffs,

vs.                              Case No. 3:10-cv-304-J-32MCR

COMMUNITY PARTNERSHIP FOR
CHILDREN, INC.,

        Defendant.

## ORDER

This case is before the Court on the Magistrate Judge's May 5, 2011 Report and Recommendation (Doc. 59). No objections were filed and the time in which to do so has now passed. Upon independent de novo review, it is hereby

**ORDERED**:

1. The Magistrate Judge's Report and Recommendation (Doc. 59) is **ADOPTED** as the opinion of the Court.

2. The Joint Motion for Approval of Settlements (Doc. 45) is **GRANTED** to the extent that the Settlement Agreements are **APPROVED.**

3. This case is **DISMISSED WITH PREJUDICE**.

4. The Clerk is directed to close the file.

**DONE AND ORDERED** at Jacksonville, Florida this 22nd day of June, 2011.

_____
TIMOTHY J. CORRIGAN
United States District Judge

mg.
Copies:

Honorable Monte C. Richardson
United States Magistrate Judge

counsel of record